UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

---

Nicci Smith,                                                            **Civil File No. 07-cv-2524**

      Plaintiff,

vs.                                                                     **NOTICE OF DISMISSAL**
                                                                                                   **WITH PREJUDICE**

West Asset Management, Inc.,

      Defendant.

---

      **NOTICE IS HEREBY GIVEN** that the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.


Dated: \_\_\_\_11/26/07                           \_\_s/ J. Mark Meinhardt
                                                                                  J. Mark Meinhardt #53501
                                                                                  4707 College Boulevard, Suite 100
                                                                                  Leawood, KS  66211
                                                                                  913-451-6163
                                                                                  Fax 913-451-6163

                                                                                  ATTORNEY FOR PLAINTIFF